**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| JODY STEWART, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| vs. | ) CASE No. 10-CV-511-CVE-FHM |
| | ) |
| SULZER ORTHOPEDICS, INC.; | ) |
| CENTERPULSE ORTHOPEDICS, | ) |
| INC.; ZIMMER, INC.; and | ) |
| ZIMMER HOLDINGS, INC. | ) |
| | ) |
| DEFENDANTS. | ) |

## OPINION AND ORDER

Defendants' Motion to Stay Deadline to Depose Plaintiff's Treating Physicians [Dkt. 28] is before the Court for decision. No response has been filed by Plaintiff.

For the reasons set forth in Defendants' motion, the Court finds that the motion should be granted. Defendants may depose Plaintiff's treating physicians after the discovery deadline as long as those depositions do not interfere with any other deadline in the case.

SO ORDERED this 13th day of April, 2011.


_____
FRANK H. McCARTHY
UNITED STATES MAGISTRATE JUDGE